```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANGUS MORDANT,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :            21-cv-7590 (VSB)
              -against-                                     :
                                                            :                 ORDER
GAX PRODUCTIONS, LLC                                        :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2021

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Angus Mordant commenced this action against Defendant GAX Productions, LLC on September 10, 2021. (Doc. 1.) On September 13, 2021, summons was issued to Defendant. (Doc. 5.) On September 15, 2021, Plaintiff filed affidavit of service on Defendant on the same day. (Doc. 7.) Defendant's answer was due October 6, 2021. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiff has taken no action to prosecute this case, either. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 22, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 10, 2021
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge