UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
ANGUS MORDANT,          :
          :
         Plaintiff,    :
          :      21-CV-7590 (VSB)
    - against -    :
          :      **ORDER**
          :
GAX PRODUCTIONS, LLC,  :
          :
         Defendant.  :
          :
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge**:

     Plaintiff filed a letter reporting to the Court that the parties in this case have reached a settlement in principal.  The letter was mistakenly addressed to Judge Carter instead of me.  Nevertheless, it is hereby:

     ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: January 11, 2022
      New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge